**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA McCULLOUGH, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAFELITE FULFILLMENT, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: **2:22-cv-00639-RFB-VCF**<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, JOSHUA McCULLOUGH ("Plaintiff"), and Defendant, SAFELITE FULFILLMENT, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page **1** of **2**

1   Each party shall bear its own costs and fees for the claims dismissed by this

2   Stipulation and Order.

3   **IT IS SO STIPULATED.**

4   Dated September 15, 2022                              Dated September 15, 2022

5   */s/ Jenny L. Foley*                                  */s/ Daniel J. Clark*
    JENNY L. FOLEY, Ph.D., ESQ.                           MATTHEW T. DUSHOFF, ESQ.
6   Nevada Bar No. 9017                                   Nevada Bar No. 4975
    HKM EMPLOYMENT ATTORNEYS, LLP                         WILLIAM A. GONZALEZ, ESQ.
7   101 Convention Center Drive, Suite 600                Nevada Bar No. 15230
    Las Vegas, Nevada 89109                               SALTZMAN MUGAN DUSHOFF
    Tel: (702) 805-8340                                   1835 Village Center Circle
8   E-mail: jfoley@hkm.com                                Las Vegas, Nevada 89134
    *Attorneys for Plaintiff*                             -and-
                                                          DANIEL J. CLARK, ESQ.
                                                          (Admitted Pro Hac Vice)
                                                          VORYS, SATER, SEYMOUR AND PEASE, LLP
                                                          52 East Gay Street
                                                          Columbus, Ohio, 43215
                                                          *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of September, 2022.

Page **2** of **2**